1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DEBBIE ANN LOWE, | ) | CV F 05 0098 REC LJO HC |
| | ) | |
| Petitioner, | ) | ORDER ADOPTING FINDINGS AND |
| | ) | RECOMMENDATION |
| | ) | [Doc. #6] |
| v. | ) | |
| | ) | ORDER DISMISSING PETITION FOR WRIT |
| | ) | OF HABEAS CORPUS |
| GLORIA HENRY, Warden, | ) | |
| | ) | ORDER DIRECTING CLERK OF COURT |
| Respondent. | ) | TO ENTER JUDGMENT |
| | ) | |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

On April 7, 2005, the Magistrate Judge issued a Findings and Recommendation that the petition for writ of habeas corpus be DISMISSED for Petitioner's failure to comply with a court order. This Findings and Recommendation was served on all parties and contained notice that any objections to the Findings and Recommendation were to be filed within thirty (30) days of the date of service of the order. Over thirty (30) days have passed and no party has filed objections.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this Court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the Court finds that the Findings

1 | and Recommendation is supported by the record and proper analysis.

2 |      Accordingly, IT IS HEREBY ORDERED that:

3 |      1. The Findings and Recommendation issued April 7, 2005, is ADOPTED IN FULL;

4 |      2. The petition for writ of habeas corpus is DISMISSED; and

5 |      3. The Clerk of the Court is DIRECTED to enter judgment.

6 | IT IS SO ORDERED.

7 | **Dated:   May 19, 2005**                                    **/s/ Robert E. Coyle**
668554                                                      UNITED STATES DISTRICT JUDGE