IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBBIE ANN LOWE, ) | No. CV-F-05-098 REC/LJO HC |
| ) | |
| ) | ORDER VACATING JUDGMENT |
| ) | ENTERED ON MAY 19, 2005 |
| Petitioner, ) | (Docs. 8 & 9) AND DIRECTING |
| ) | PETITIONER TO SUBMIT |
| vs. ) | APPLICATION TO PROCEED IN |
| ) | FORMA PAUPERIS OR PAY FILING |
| ) | FEE |
| GLORIA HENRY, Warden, ) | |
| ) | |
| ) | |
| Respondent. ) | |
| ) | |
| _____ ) | |

    On April 7, 2005, the United States Magistrate Judge filed a recommendation that this action be dismissed because of petitioner's failure to timely comply a court order.  Petitioner had not complied with the order filed on February 24, 2005 directing petitioner to submit, within 30 days of the date of service of the order, a new application to proceed in forma pauperis and a certified copy of the prison trust account or pay the $5.00 filing fee.  The docket in this action establishes that petitioner was served with the February 24, 2005 order and that she had and still has not complied with it.  The docket also

1

1  establishes that petitioner was served with the recommendation.
2  No objections to the recommendation were filed by petitioner.  By
3  Order filed on May 19, 2005, the court adopted the recommendation
4  and dismissed the action for failure to comply with a court
5  order.  Judgment for respondent was entered on May 19, 2005.

6     On May 31, 2005, petitioner filed an "Objection to Judgment
7  of Dismissal; Motion to Respond to Findings and Recommendation."
8  Petitioner contends that she did not receive the recommendation
9  filed and served on April 7, 2005 and implies that she did not
10 receive the February 24, 2005 order, asserting that "the fault
11 lies with the prison for not delivering my legal mail."

12     Because it is possible that the copies of the February 24,
13 2005 order and the April 7, 2005 recommendation were not
14 delivered to petitioner by prison authorities, the court vacates
15 the judgment entered on May 19, 2005.  Within 30 days of the
16 filing date of this order, petitioner is ordered to submit a
17 completed application to proceed in forma pauperis, or in the
18 alternative, pay the $5.00 filing fee for this action.  Failure
19 to timely comply with this order will result in the dismissal of
20 this action.

21     IT IS SO ORDERED.

22 **Dated:  June 3, 2005**          **/s/ Robert E. Coyle**
23 668554                           UNITED STATES DISTRICT JUDGE