UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DEBBIE ANN LOWE, | ) | 1:05-CV-0098 REC LJO HC |
| | ) | |
| Petitioner, | ) | ORDER ADOPTING FINDINGS AND |
| | ) | RECOMMENDATION |
| | ) | [Doc. #19] |
| v. | ) | |
| | ) | ORDER DISMISSING PETITION FOR WRIT |
| | ) | OF HABEAS CORPUS |
| GLORIA HENRY, Warden, | ) | |
| | ) | ORDER DIRECTING CLERK OF COURT |
| Respondent. | ) | TO ENTER JUDGMENT |
| | ) | |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

On November 16, 2005, the Magistrate Judge issued a Findings and Recommendation that recommended Respondent's motion to dismiss be GRANTED and the petition for writ of habeas corpus be DISMISSED with prejudice for failure to comply with 28 U.S.C. § 2244(d)'s one-year statute of limitations and 28 U.S.C. § 2244(b)'s proscription against successive petitions. This Findings and Recommendation was served on all parties and contained notice that any objections to the Findings and Recommendation were to be filed within thirty (30) days of the date of service of the order.  Over thirty (30) days have passed and no party has filed objections.

1   In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this Court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the Court finds that the Findings and Recommendation is supported by the record and proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendation issued November 16, 2005, is ADOPTED IN FULL;

2. Respondent's Motion to Dismiss is GRANTED;

3. The petition for writ of habeas corpus is DISMISSED with prejudice; and

4. The Clerk of the Court is DIRECTED to enter judgment for Respondent.

IT IS SO ORDERED.

Dated:   December 29, 2005                    /s/ Robert E. Coyle
668554                                    UNITED STATES DISTRICT JUDGE